# United States Court of Appeals for the Fifth Circuit

No. 20-70021
_____

Travis Dwight Green,
                        Petitioner—Appellee,

v.

Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,
                        Respondent—Appellant.
_____

Appeal from the United States District Court
for the Southern District of Texas
USDC 4:13-cv-1899

**UNOPPOSED MOTION FOR A SEVEN DAY EXTENSION OF TIME TO FILE FOR REHEARING**

Petitioner-Appellee, pursuant to Fifth Circuit Rule 27.5, seeks a seven (7) day extension of time until Thursday, May 4, 2023, to file a Petition for Rehearing. This is Petitioner-Appellee's first request for an extension.

On April 25, 2023, undersigned counsel inquired via email whether counsel for Appellant-Respondent opposed the extension sought in this motion. Counsel replied on April 25, 2023, that Respondent-Appellant was <u>not</u> opposed.

The present due date to file for rehearing is April 27, 2023. During the two week period from issuance of the Panel Opinion and the present due date, counsel for Petitioner-Appellant has been away from the office for a significant time due to cases out of town and family matters.

In addition, determining whether to seek rehearing and what type required considerable time, leaving a truncated period for research and composition.

WHEREFORE, Petitioner-Appellee seeks an extension of seven (7) days, from April 27, 2023 to May 4, 2023, to file for rehearing.

                                             RESPECTFULLY SUBMITTED,

                                             HILDER & ASSOCIATES, P.C.

                                             */s/James G. Rytting*
                                             James G. Rytting
                                             19 Lovett Boulevard
                                             Houston, Texas 77006
                                             Tel.: (713) 655-9111
                                             Fax: (713) 655-9112
                                             James@hilderlaw.com
                                             Counsel for Appellee-Petitioner

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH ECF FILING STANDARDS

I do hereby certify that on April 14, 2021, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all registered users and counsel of record for Respondent-Appellant.

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/James G. Rytting*
James G. Rytting
Counsel for Appellant

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This brief complies with the type-volume limitations because this motion contains 157 words, excluding the parts of the brief exempted.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

/s/*James G. Rytting*
James G. Rytting
Counsel for Appellant

DATED: April 25, 2023