# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 15, 2023

Mr. Jefferson David Clendenin
Office of the Attorney General
Financial Litigation & Charitable Trusts Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. Ari Cuenin
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Ms. Jennifer Wren
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711

     No. 20-70021    Green v. Lumpkin
                    USDC No. 4:13-CV-1899

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response/opposition to the Appellee's Petition for rehearing en banc be filed in this office on or before 05/25/2023.

```
                    Sincerely,
                    LYLE W. CAYCE, Clerk

                    By: _____
                    Christina A. Gardner, Deputy Clerk
                    504-310-7684
```

cc:　Mr. James Gregory Rytting
　　　Mr. Tivon Schardl