No. 20-70021

# In the United States Court of Appeals for the Fifth Circuit

---

Travis Dwight Green,

*Petitioner-Appellee*,

*v.*

Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,

*Respondent-Appellant.*

---

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

---

**OPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSE TO PETITION FOR
REHEARING EN BANC**

---

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1827
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

Ari Cuenin
Deputy Solicitor General
Texas State Bar No. 24078385
ari.cuenin@oag.texas.gov

Counsel for Respondent-Appellant

## Motion to Extend Time

Appellant respectfully requests an extension of the time in which to file the response to the petition for rehearing en banc brief by 30 days. Appellant's response is currently due on May 25, 2023. Appellant asks the Court to set a new deadline of June 26, 2023.[1] Counsel for Appellee opposes this request but does not anticipate filing an opposition. *See* Fifth Cir. R. 31.4.1(b).

1. Appellee filed the petition for rehearing en banc on May 4, 2023.

2. This Court called for a response to the petition on May 15, 2023, making the Director's response due May 25, 2023.

3. This is Appellant's first request for an extension.

4. Undersigned Counsel for Appellant has been staffed in the Office of the Solicitor General in a lead or supporting role on matters that overlap with the briefing of this case. Counsel is scheduled to present oral argument in this Court on June 6, 2023, in *Tabler v. Lumpkin*, No. 22-70001, and is also assigned to assist with preparation of oral argument in this Court on June 8, 2023, in *Satanic Temple v. Texas Health & Human Service Commission*, No. 22-20459. He also represents the Director in *Prible v. Lumpkin*, No. 22-6798, in which the brief in opposition to the Petitioner's petition for a writ of certiorari is due in the Supreme Court of the United States on May 17, 2023. Furthermore, he represents the Director in *In re Lumpkin*, No. 23-20169, and is assisting with a reply in support of the petition for a writ of mandamus anticipated to be filed by June 19, 2023. He also represents the petitioner in the Texas

---

[1] A 30-day extension would extend the deadline to June 24, 2023, which falls on a Saturday.

Supreme Court in *Borgelt et al. v. Austin Firefighters Ass'n et al.*, No. 22-1149, and anticipates filing a reply in support of the petition for review in that court on May 30, 2023. He represents the petitioner in the Texas Supreme Court in *Texas DFPS v. Grassroots Leadership, Inc.*, No. 23-0192, in which the reply in support of the petition for review is anticipated to be due in that court on June 19, 2023. He represents the appellants in *Heidi Group v. Texas Health & Human Service Commission*, No. 23-50303, in which the opening brief on appeal is due June 26, 2023. And he represents the State in *Texas Entertainment Association v. Hegar*, No. 23-50190, in which the appellee's brief is anticipated to be due June 29, 2023. To the extent appropriate and feasible, extension requests will be or have been pursued in the matters described.

5. Undersigned counsel for Appellant emailed counsel for Appellee on May 16, 2023, regarding this motion and the relief requested and asking whether Appellee was opposed. Counsel for Appellee confirmed via email on May 17, 2023, that he would not oppose an extension of 14-17 days but does oppose the requested 30-day extension. Counsel for Appellee stated further that he will not file a response in opposition to this motion.

## Conclusion

For the foregoing reasons, Appellant respectfully asks the Court to extend the time in which to file the response to the petition for rehearing en banc by 30 days, to June 26, 2023.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1827
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

/s/ Ari Cuenin
Ari Cuenin
Deputy Solicitor General
Texas State Bar No. 24078385
ari.cuenin@oag.texas.gov

Counsel for Respondent-Appellant

## Certificate of Service

On May 17, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Ari Cuenin
Ari Cuenin

## Certificate of Compliance

Undersigned counsel certifies that this motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 542 words, excluding the parts of the motion exempted by Rule 32(a)(7)(B)(iii); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Ari Cuenin
Ari Cuenin