

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Benjamin Mendelson  
Assistant Solicitor General

(512) 936-1700  
Ben.Mendelson@oag.texas.gov

January 9, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit  
600 S. Maestri Place, Suite 115  
New Orleans, LA 70130-3408

    **Re:** No. 20-70021, *Travis Dwight Green v. Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division*

Dear Mr. Cayce:

  I write to advise the Court that Ari Cuenin, lead counsel in the above-captioned case, has left employment with the Office of the Attorney General. Benjamin W. Mendelson should be substituted as lead counsel in his place.

                            Respectfully submitted.

                            /s/Benjamin W. Mendelson

                            Benjamin W. Mendelson  
                            Assistant Solicitor General

cc: All counsel of record (via CM/ECF)